# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Case No.: 22-278

\* \* \* \* \* \* \* \* \* \* \* \* \*

LANCE TROLLOP,

      Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

      Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \*

Filed: June 30, 2026

Chief Special Master Corcoran

*Joseph A. Vuckovich,* Mctlaw, Washington, D.C., for petitioner.

*Ryan D. Pyles,* U.S. Department of Justice, Washington, D.C., for respondent.

## DECISION GRANTING AWARD OF FINAL ATTORNEY'S FEES AND COSTS[1]

On March 11, 2022, Lance Trollop filed his claim in the National Vaccine Injury Compensation Program[2], alleged that he suffered from Bell's palsy as a result of receiving an influenza vaccine on November 5, 2019. Petition (ECF No. 1). On October 29, 2025, a decision awarding compensation to Petitioner was issued based on stipulation. ECF No. 49.

Petitioner has now filed a motion for attorney's fees and costs, requesting an award of $108,487.59 (representing $93,857.00 in fees and $14,629.59 in costs). Petitioner's Motion for Final Fees ("Fees App."), filed May 1, 2025 (ECF No. 56). Counsel represents that Petitioner incurred no personal out-of-pocket expenses. Fees App. at 2; *see also* Ex. 49. Respondent reacted

---

[1] This Decision will be posted on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 (2012). **This means the Decision will be available to anyone with access to the internet**. As provided by 42 U.S.C. § 300aa-12(d)(4)(B), however, the parties may object to the published Decision's inclusion of certain kinds of confidential information. Specifically, under Vaccine Rule 18(b), each party has fourteen (14) days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the entire Decision will be available to the public in its current form. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended, 42 U.S.C. §§ 300aa-10 through 34 (2012) [hereinafter "The Program" or "Program"]. Individual section references hereafter will be to Section 300aa of the Act.

to the Fees Motion on May 5, 2026, deferring resolution of the proper amount of fees to be awarded to my discretion. Response (ECF No. 57).

Because Petitioner succeeded in this matter, he is entitled to a reasonable award of fees and costs. I have reviewed the billing records submitted with Petitioner's request. The request appears to be reasonable, and I find no cause to reduce the requested hourly rates (which involve counsel who unquestionably practice "in forum," and whose rates have repeatedly been deemed reasonable). The total time devoted to the matter was also reasonable. And Respondent offered no specific objection to the rates or amounts sought. Furthermore, Petitioner has provided supporting documentation for all claimed costs. Fee App. Exs. 47 & 48. I find the requested costs also to be reasonable and well documented. Therefore, I will also award the costs in full.

The Vaccine Act permits an award of reasonable attorney's fees and costs for successful claimants. Section 15(e). Accordingly, I hereby **GRANT** Petitioner's Motion for attorney's fees and costs. **Petitioner is awarded attorney's fees and costs in the total amount of $108, 487.59 (representing $93,857.00 in attorneys' fees and $14,629.59 in attorneys' costs) to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with the terms of this Decision.[3]

**IT IS SO ORDERED.**

**/s/ Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment if (jointly or separately) they file notices renouncing their right to seek review.